FILED
DEC 0 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Karla Maricela PALACIO Sepulveda,<br><br>Defendant. | Magistrate Case No.: '07 MJ 8966<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about December 5, 2007, within the Southern District of California, defendant Karla Maricela PALACIO Sepulveda did knowingly and intentionally import approximately 38.62 kilograms (84.96 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Lonnie Brasby, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH DAY OF DECEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Karla Maricela PALACIO Sepulveda

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Lonnie Brasby.

On December 5, 2007, at approximately 1556 hours, Karla Maricela PALACIO Sepulveda entered the United States at the Calexico, CA, West Port of Entry. PALACIO Sepulveda was the sole occupant and registered owner of a 1996 Pontiac Bonneville.

At primary inspection, PALACIO Sepulveda gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) A. Felix. During questioning, PALACIO Sepulveda advised CBPO A. Felix that the vehicle belonged to her and that she was on her way to Calexico, California. While inspecting the vehicle SBPO A. Felix detected an odor of soap and marijuana around the glove compartment of the vehicle. CBPO A. Felix referred PALACIO Sepulveda and the vehicle to secondary inspection for a more intensive inspection.

In the vehicle secondary lot, a subsequent inspection of the vehicle revealed twenty-one (21) packages, which were discovered in a compartment located in the dashboard of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 21 packages had a combined net weight of approximately 38.62 kilograms (84.96 pounds) of marijuana.

PALACIO Sepulveda was arrested for importation of marijuana into the United States. On May 5, 2005, PALACIO Sepulveda was the registered owner of a 1989 Dodge Grand Caravan containing 29.26 kilograms (64.37 pounds) of marijuana that was seized at the Calexico, California West Port of Entry.